# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                           No. 4:17-CR-00202-01-JM

KARLAN INGRAM                                                       DEFENDANT

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 166) is DENIED.

In his plea agreement, Defendant knowingly and voluntarily "waive[d] the right to have these sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Defendant attempts to distinguish the waiver by arguing that it related to a modification of a sentencing guideline, not a criminal history change. This is a distinction without a difference. Ultimately, the relief Defendant wants is a sentence in a lower guideline range.

IT IS SO ORDERED this 29th day of January, 2024

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 112.